**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:26-cr-00042-SI** |
| **v.** | **SUPERSEDING INFORMATION** |
| **KATHERINE MEAGAN VOGEL,** | |
| **Defendant.** | **18 U.S.C. § 111(a)(1)** **41 C.F.R. § 102-74.385** |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**(Interfering with Federal Law Enforcement)**
**(18 U.S.C. § 111(a)(1))**

On or about September 30, 2025, in the District of Oregon, defendant **KATHERINE MEAGAN VOGEL**, did forcibly interfere with Adult Victim 1 (AV1), a person designated as a federal officer under 18 U.S.C. § 1114, while AV1 was engaged in, and on account of the performance of AV1's official duties;

In violation of Title 18, United States Code, Section 111(a)(1), a class A misdemeanor.

**COUNT 2**
**(Failing to Obey a Lawful Order)**
**(41 C.F.R. § 102-74.385)**

On or about July 29, 2025, in the District of Oregon, the defendant **KATHERINE MEAGAN VOGEL**, did willfully enter in and on federal property, to wit: the grounds of the

**Superseding Information**        **Page 1**

Immigration and Customs Enforcement Building and fail to comply with the lawful direction of federal police officers and other authorized individuals;

In violation of Title 40, United States Code, Section 1315, and Title 41, Code of Federal Regulations, Section 102-74.385, a class C misdemeanor.

Dated: June 22, 2026                    Respectfully submitted,

                                        SCOTT BRADFORD
                                        United States Attorney

                                        /s/ Lewis S. Burkhart
                                        LEWIS S. BURKHART, OSB #082781
                                        Assistant United States Attorney

**Superseding Information**                                        **Page 2**