Reed Grantham, CA Bar No. 294171
Assistant Federal Public Defender
Email: Reed_Grantham@fd.org
101 SW Main Street, Suite 1700
Portland, OR 97204
Tel: (503) 326-2123
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

UNITED STATES OF AMERICA,

Plaintiff,

v.

KATHERINE MEAGAN VOGEL,

Defendant.

Case No. 3:26-cr-00042-SI

DEFENDANT'S SENTENCING MEMORANDUM

The defendant, Katherine Meagan Vogel, through counsel, Reed Grantham, submits this Memorandum for the Court's review and consideration in determining a reasonable sentence that is "sufficient, but not greater than necessary," as required by 18 U.S.C. § 3553(a).

For the reasons outlined in the additional sentencing materials before the Court, the defense respectfully recommends that the Court sentence Ms. Vogel to the jointly recommended sentence of one year of probation.

Dated: October 14, 2026.

*s/ Reed Grantham*
Reed Grantham, CA Bar No. 294171